WINSTON & STRAWN LLP
The Legal Center
One Riverfront Plaza, Suite 730
Newark, New Jersey 07102
(973) 848-7676
James S. Richter
Melissa Steedle Bogad

*Attorneys for Plaintiff Sun Pharma Global FZE*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------- x
:
SUN PHARMA GLOBAL FZE,            :  Honorable Dennis M. Cavanaugh
:
Plaintiff,                         :  Civil Action No. 13 CV 3542 (DMC) (JBC)
:
v.                                 :  **CONSENT AMENDED PRETRIAL**
:  **SCHEDULING ORDER**
NOVARTIS PHARMACEUTICALS          :
CORPORATION and NOVARTIS AG,      :
:
Defendants.                        :
:
---------------------------------- x

**THIS MATTER**, having been opened to the Court by Winston & Strawn LLP, attorneys for Plaintiff Sun Pharma Global FZE for entry of a proposed Amended Pretrial Scheduling Order; and counsel for Defendants Novartis Pharmaceuticals Corporation and Novartis AG having consented thereto, and for good cause shown,

It is on this 3rd day of December, 2013,

**ORDERED**, as follows:

1. The last day to disclose asserted claims pursuant to L.Pat.R. 3.6 (b) shall be **December 16, 2013**.

2. The last day to disclose invalidity and non-infringement contentions pursuant to L.Pat.R. 3.6(c) and (e) shall be **December 23, 2013**.

3. The last day to disclose infringement contentions and to respond to invalidity contentions pursuant to L.Pat.R. 3.6 (g) and (i) shall be **February 6, 2014**.

4. Not later than **February 13, 2014**, each party shall exchange proposed terms for claim construction pursuant to L.Pat.R. 4.1(a). The parties shall thereafter meet and confer to limit the disputed claim terms and facilitate the ultimate preparation of a Joint Claim Construction and Prehearing Statement, in accordance with L.Pat.R. 4.1(b).

5. All other dates, instructions, and orders in the Court's October 9, 2013 Pretrial Scheduling Order [docket entry no. 19] shall remain in full force and effect.

_____
Honorable James B. Clark, III. U.S.M.J.